IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

MISSOULA DIVISION

| | |
|---|---|
| LONNIE E. LARSON, | )   Case No. 09-116-M-DWM-JCL |
| Plaintiff, | ) |
| | ) |
| v. | ) **STIPULATION TO DISMISS** |
| | ) **PLAINTIFF'S ACTION WITH** |
| GREYHOUND LINES, INC., and | ) **PREJUDICE** |
| JEFFERSON BUS COMPANY, | ) |
| | ) |
| Defendants. | ) |
| | ) |
| _____ | ) |

Plaintiff Lonnie E. Larson and Defendant Greyhound Lines, Inc., under Rule 41(a) of the Federal Rules of Civil Procedure, hereby stipulate and agree that Plaintiff's action, styled *Lonnie E. Larson v. Greyhound Lines, Inc. and Jefferson Bus Company*, Case No. 09-116-M-DWM-JCL, be dismissed, *with prejudice*, each party to pay his or its own costs and attorneys' fees, and respectfully move the Court to enter the accompanying Order of Dismissal With Prejudice.

Respectfully submitted March 9, 2010:

/s/ _Lonnie E. Larson_
Lonnie E. Larson
2210 Bridger Drive
Bozeman, Montana 59715
Telephone:  (406) 451-2439
Fax:  (985) 951-7490
lonnilars@yahoo.com

PLAINTIFF *PRO SE*

/s/ _Joshua B. Kirkpatrick_
Joshua B. Kirkpatrick
LITTLER MENDELSON
A Professional Corporation
1200 17th Street
Suite 1000
Denver, CO  80202.5835
Telephone: 303.629.6200

ATTORNEYS FOR DEFENDANT
GREYHOUND LINES, INC.

Firmwide:94127182.1 063011.1002